# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHRYSTAL RIOS,**

    **Plaintiff,**

**v.**                                                           Case No. 8:08-cv-2130-T-30MAP

**SHANNON MASSEY and DAVID ZARDA,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Shannon Massey's Amended Motion to Quash Service of Process and Memorandum of Law (Dkt. 6). Defendant Shannon Massey claims Plaintiff has attempted to serve her by serving the Secretary of State of the State of Wisconsin as substituted service of process. In support of the instant Motion, Massey has filed an Affidavit claiming she has been a resident of the State of Florida for the last two and one-half years, that she has not concealed her whereabouts, and that she is unaware of any attempts to serve her with any summons in relation to this case. Plaintiff has failed to timely respond to the Amended Motion. The Court, having received no response from Plaintiff, and being otherwise fully advised in the premises, determines the Amended Motion to Quash should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Shannon Massey's Amended Motion to Quash Service of Process is **GRANTED**.

2. Plaintiff's attempted service of process upon Shannon Massey is hereby **QUASHED**.

3. Plaintiff shall have thirty (30) days from the date hereof to **SHOW CAUSE** why Shannon Massey should not be dismissed from this action.

**DONE** and **ORDERED** in Tampa, Florida on January 16, 2009.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2130.mt quash.wpd